In the Matter of the Petition of THOMAS F. GILROY, Commissioner of Public Works of the City of New York, for the Appointment of Commissioners of Appraisal under Chapter 490 of the Laws of 1883.

TOWN OF CORTLANDT, Appellant; THE CITY OF NEW YORK, Respondent.

*Matter of Gilroy*, 43 App. Div. 359, affirmed.
(Submitted October 2, 1900; decided October 16, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 3, 1899, affirming two orders of Special Term, the first modifying a report of commissioners of appraisal in condemnation proceedings, nullifying and setting aside an award to the town of Cortlandt, the second denying a motion to resettle the first order.

*Frank Manser* for appellant.

*John Whalen, Corporation Counsel (Theodore Connoly and H. T. Dykman of counsel), for respondent.*

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.